JAMES B. ALLEY, Appellant, v. STATE OF NEW YORK, Respondent. (Claim Nos. 40755, 41132.) — REYNOLDS, J.

Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Reynolds, J.